UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAMELA CHAPMAN

        Plaintiff,        Case No.: 6:11-CV-1524-ORL-28GJK

vs.

MARCADIS & ASSOCIATES, P.A.,

        Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANT, MARCADIS & ASSOCIATES, P.A.

Defendant, Marcadis & Associates k/n/a Marcadis & Singer, P.A., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that it and Plaintiffs have reached a settlement with regard to Plaintiffs' claims against the Defendant.

Respectfully submitted,

/s/ Amy J. Winarsky
Florida Bar #900140
Attorney for Defendants
Marcadis Singer, P.A.
5104 South Westshore Blvd.
Tampa, Florida  33611
Telephone: 813/288-1881
Facsimile:  813/288-9678
Email:  Awinarsky@marcadislaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of May, 2012, a copy of the foregoing was delivered by US Mail to Pam Chapman and Chris Chapman, 205 Canbreakers Drive, Cocoa, FL 32927-6095.

/s/ Amy J. Winarsky
Florida Bar #900140
Attorney for Defendants
Marcadis Singer, P.A.
5104 South Westshore Blvd.
Tampa, Florida  33611
Telephone: 813/288-1881
Facsimile:  813/288-9678
Email:  Awinarsky@marcadislaw.com