UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No.: 6:11-CV-1524-ORL-28GJK

PAMELA CHAPMAN

    Plaintiff,

vs.

MARCADIS & ASSOCIATES, P.A.

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT, MARCADIS SINGER

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Pamela Chapman, and Defendant, Marcadis Singer, hereby jointly stipulate to the dismissal with prejudice of Plaintiffs' claims against Defendants, with each side to bear its own fees and costs.

DATED this 4th day of MAY, 2012.

_____
Pam Chapman, Pro Se
205 Canebreakers Drive
Cocoa, FL 32927-6095

_____
Chris Chapman, Pro Se
205 Canbreakers Drive
Cocoa, FL 32927-6095

_____
Amy J. Winarsky, Esquire
Florida Bar# 91004
Attorney for Defendants
5104 South Westshore Blvd.
Tampa, Florida 33611
Telephone: 813/288-1881
Facsimile: 813/288-9678